UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KENNY BROWN,

    Petitioner,

v.

DANNY SAMUEL, Warden,

    Respondent.

Case No. 21-cv-08292-YGR (PR)

**ORDER DISMISSING PETITION AS SUCCESSIVE**

    Petitioner, a state prisoner, filed this *pro se* petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Dkt. 1. He has paid the full filing fee. Dkt. 1-2. Petitioner has filed a previous petition for a writ of habeas corpus with this Court, challenging the same conviction and sentence. *See* Case No. 17-cv-01409-YGR (PR). The Court dismissed his previous petition as untimely under 28 U.S.C. § 2244(d)—the statute of limitations set by the Antiterrorism and Effective Death Penalty Act of 1996. Dkt. 77 in Case No. 17-cv-01409-YGR (PR). Petitioner appealed the dismissal to the Ninth Circuit Court of Appeals. Dkt. 79 in Case No. 17-cv-01409-YGR (PR). On April 20, 2021, Petitioner's request for a certificate of appealability was denied by the Ninth Circuit. Dkt. 84 in Case No. 17-cv-01409-YGR (PR).

**DISCUSSION**

    The Court finds the present petition is a second or successive petition attacking the same conviction and sentence as petitioner's prior federal habeas petition. A second or successive petition containing new claims may not be filed in the district court unless petitioner first obtains from the United States Court of Appeals an order authorizing the district court to consider the petition. 28 U.S.C. § 2244(b)(3)(A). Petitioner has not done so. Accordingly, this petition is DISMISSED without prejudice to filing a new habeas action if petitioner obtains the necessary order.

**CONCLUSION**

For the foregoing reasons, the petition is DISMISSED pursuant to 28 U.S.C. § 2244(b).

The Clerk of the Court shall terminate all pending motions, including petitioner's motion for appointment of counsel (dkt. 3), and close the file.

This Order terminates Docket No. 3.

IT IS SO ORDERED.

Dated: November 3, 2021

_____
JUDGE YVONNE GONZALEZ ROGERS
United States District Judge